942

No. 665. PAUL H. ASCHKAR & Co. *v.* KAMEN & Co.
ET AL. C. A. 9th Cir. Certiorari granted. *Allen E.
Susman* for petitioner. *Jacob Shearer* for respondents.
*Solicitor General Griswold, Philip A. Loomis, David
Ferber, Roger S. Foster* and *Donald M. Feuerstein* for the
Securities and Exchange Commission, as *amicus curiae,*
in support of the petition.

No. 1003. THORPE *v.* HOUSING AUTHORITY OF THE
CITY OF DURHAM. Sup. Ct. N. C. Certiorari granted.
*Jack Greenberg, James M. Nabrit III, Charles Stephen
Ralston* and *Charles H. Jones, Jr.,* for petitioner. *Dan-
iel K. Edwards* and *William Y. Manson* for respondent.

No. 1034. TINKER ET AL. *v.* DES MOINES INDEPEND-
ENT COMMUNITY SCHOOL DISTRICT ET AL. C. A. 8th
Cir. Certiorari granted. *Melvin L. Wulf* for peti-
tioners. *Allan A. Herrick* and *David W. Belin* for
respondents.

No. 801. SPINELLI *v.* UNITED STATES. C. A. 8th Cir.
Certiorari granted. MR. JUSTICE MARSHALL took no
part in the consideration or decision of this petition.
*Irl B. Baris* for petitioner. *Solicitor General Griswold,
Assistant Attorney General Vinson, Beatrice Rosenberg*
and *Sidney M. Glazer* for the United States.

No. 65, Misc. PEREZ *v.* CALIFORNIA. Sup. Ct. Cal.
Motion for leave to proceed *in forma pauperis* granted.
Certiorari granted and case transferred to appellate
docket. *Thomas C. Lynch,* Attorney General of Cali-
fornia, and *Edsel W. Haws* and *Raymond M. Momboisse,*
Deputy Attorneys General, for respondent.